IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUGH VAN AUKEN, | No. Misc. S-04-0369-WBS-CMK |
| Petitioner, | |
| vs. | ORDER TO SHOW CAUSE |
| GEORGE T. GOST, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, who is proceeding pro se, filed a document in this court on November 17, 2004, entitled "Commercial Notice Within the Admiralty of the Filing of Foreign Judgment" (Doc. 2). In this document, petitioner states:

> For and on the record:
>
> The Court and the Public takes judicial notice "within the admiralty ab initio" by Commercial Notice of the filing of Foreign Judgment Administrative File Number "JVA08062004CWH" "within the admiralty IN FACT" established under Notary Court Seal. This Administrative Judgment is foreign to judicial and all issues have been settled. All district courts have provisions for filing foreign judgments under miscellaneous for a standard fee of $39.00 USD.

In a document entitled "Notarial Protest and Notice of Administrative Judgment Certificate of Dishonor," attached to his court filing, petitioner references 28 U.S.C. §§ 1333, 1337, 2461, and

1  2463, and 15 U.S.C. § 1692 as basis for jurisdiction in this court.  However, none of these
2  statutes appears to relate to petitioner's filing.  Moreover, to the extent petitioner seeks to initiate
3  an admiralty proceeding, petitioner has not complied with the Supplemental Rules for Certain
4  Admiralty and Maritime Claims, or the local rules of this court concerning admiralty cases.
5  Finally, having reviewed petitioner's filing, the court cannot discern any request for relief.

6    Therefore, petitioner will be required to show cause, in writing, why this action
7  should not be closed.  Specifically, for this action to proceed, petitioner must state the statutory
8  basis for this court to exercise jurisdiction.  <u>See</u> Fed. R. Civ. P. 12(h).  Petitioner must also state,
9  in plain English, the nature of his claims and any relief sought from the court.

10   Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause, in
11  writing, within 30 days of the date of this order, why this action should not be closed.

13  DATED:  November 28, 2006.

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE