IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUGH VAN AUKEN, | No. Misc. S-04-0369-WBS-CMK |
| Petitioner, | |
| vs. | ORDER |
| GEORGE T. GOST, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, who is proceeding pro se, filed a document in this court on November 17, 2004, entitled "Commercial Notice Within the Admiralty of the Filing of Foreign Judgment" (Doc. 2). The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 29, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. No objections to the findings and recommendations have been filed.

/ / /

/ / /

1

1  Although it appears from the file that the findings and recommendations were
2  returned, the parties were properly served. It is the responsibility of the parties to keep the court
3  apprised of their address of record at all times. Pursuant to Local Rule 83-182(d), service of
4  documents at the record address of the party is fully effective.
5  The court has reviewed the file and finds the findings and recommendations to be
6  supported by the record and by the magistrate judge's analysis.
7  Accordingly, IT IS HEREBY ORDERED that:
8  1. The findings and recommendations filed January 29, 2007, are adopted in
9  full;
10  2. This action is dismissed, without prejudice, for lack of prosecution and
11  failure to comply with court rules and orders; and
12  3. The Clerk of the Court is directed to enter judgment and close this file.
13  DATED: February 26, 2007

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE